IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JERRY DONALD BILLINGSLEY,   )<br>                              )<br>    Petitioner,            )<br>                              )<br>    v.                        )<br>                              )<br>J. HEADLEY, Warden, et   )<br>al.,                          )<br>                              )<br>    Respondents.           ) | CIVIL ACTION NO.<br>2:21cv410-MHT<br>(WO) |

OPINION

Pursuant to 28 U.S.C. § 2241, petitioner, a state inmate, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the petition be denied and dismissed without prejudice because he has failed to exhaust state remedies. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of September, 2021.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**