IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY DONALD BILLINGSLEY,    )
                             )
     Petitioner,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:21cv410-MHT
                             )           (WO)
J. HEADLEY, Warden, et       )
al.,                         )
                             )
     Respondents.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 10) is adopted.

(2) The petition for writ of habeas corpus (Doc. 1) is denied and dismissed without prejudice because petitioner has failed to exhaust state remedies.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of September, 2021.

                                     /s/ Myron H. Thompson
                                   **UNITED STATES DISTRICT JUDGE**